PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **India Daniels**　　　　　　　　　　　　　　　Docket No. 16-01525-10

### Petition for Action on Conditions of Pretrial Release

COMES NOW WENDY H. LONSDORF PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **India Daniels**, who was placed under pretrial release supervision by the **HONORABLE Douglas E. Arpert** sitting in the Court at **Trenton, New Jersey** on **December 8, 2016**, under the following conditions:

1. $100,000 Unsecured Appearance Bond;
2. Reporting to Pretrial Services as directed;
3. Maintain residence as approved by Pretrial Services;
4. Travel restricted to New Jersey unless approved by Pretrial Services;
5. Drug testing/treatment as directed by Pretrial Services;
6. Surrender of passport;
7. Not to apply for a passport;
8. No contact with co-defendants;
9. Satisfy any outstanding warrants.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **mental health treatment be added as a condition of bail.**

ORDER OF COURT

Considered and ordered this 25th day of April, 2017 and ordered filed and made a part of the records in the above case.

_____
Douglas E. Arpert
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2017

_____
WENDY H. LONSDORF
U.S. Pretrial Services Officer